IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DAVID HEWETT          v.  XPLORE TECHNOLOGIES CORPORATION OF AMERICA | CIVIL ACTION  NO. 12-5421 |
|---|---|

# ORDER

**AND NOW,** this 11th day of March, 2013, for the reasons stated above, defendant's Motion to Dismiss the Complaint is **DENIED.**

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 12\12-5421 hewett v.xplore tech\12cv5421.order.dismiss.docx